IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | ) ) ) | |
| _____ | ) | MDL 875 |
| This Document Relates to United States District Court for Maryland | ) ) ) | JH-90-290 |
| (See Attachment A) | ) ) | |
| _____ | ) ) | |

AND NOW, this _11th_ day of _August_, 2000, FIBREBOARD

CORPORATION is hereby dismissed with prejudice in the cases on the attached list, which

cases have been resolved.

By the Court:

Dated: _____8/11/00_____        _____Charles R. We_____

Charles R. Weiner